# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NEWWAVE HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 25-cv-13812<br><br>Judge Jeffrey I. Cummings<br><br>Magistrate Judge Keri L. Holleb Hotaling |

## PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY

Plaintiff seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining (i) Defendants' sale, offering for sale, distribution, and advertising of all goods bearing Plaintiff's trademarks asserted in this action; (ii) all other uses of Plaintiff's trademarks; and (iii) Defendants' reproduction, public display, distribution, and other use of Plaintiff's copyrighted material asserted in this action. Plaintiff further seeks a temporary asset restraint and expedited discovery. A Memorandum of Law supporting this Motion is filed herewith.

Dated: December 10, 2025

Respectfully submitted,

/s/ Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Daliah Saper (ARDC No. 6283932)
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illinois 60654
(312) 527-4100
brandon@saperlaw.com
ds@saperlaw.com
Attorneys for Plaintiff